IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

November 8, 2007

Charles R. Fulbruge III
Clerk

No. 06-11405
Summary Calendar

MODESTUS E OKERE

Plaintiff–Appellant

V.

DALLAS INDEPENDENT SCHOOL DISTRICT

Defendant–Appellee

Appeal from the United States District Court
for the Northern District of Texas
3:06-CV-00272

Before HIGGINBOTHAM, STEWART, and OWEN, Circuit Judges.

PER CURIAM:*

    For the reasons stated by the district court below, we AFFIRM.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not
be published and is not precedent except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.